

1  GREGORY J. WALCH
   Nevada State Bar No. 4780
2  Gwalch@nevadafirm.com
   STACY D. HARROP
3  Nevada State Bar No. 9826
   Sharrop@nevadafirm.com
4  SANTORO, DRIGGS, WALCH,
5  KEARNEY, HOLLEY & THOMPSON
   400 South Fourth Street
6  Las Vegas, Nevada 89101
   Telephone: (702) 791-0308
7  Facsimile:  (702) 791-1912
8
   ALAN D. ZUCKERBROD
9  New York Bar No. 1918325
   azuckerbrod@wilkauslander.com
10 WILK AUSLANDER LLP
   675 Third Avenue, 9th Floor
11 New York, New York 10017
   Telephone: (212) 421-2233
12 Facsimile:  (212) 752-6380
13
   *Attorneys for Defendant Qnective, Inc.*
14
                    **UNITED STATES DISTRICT COURT**
15
                         **DISTRICT OF NEVADA**
16

17 | PAGEANT HOLDINGS, LTD, a Bailiwick of
18 | Jersey (aka the Channel Islands) Corporation,   Case No.:   2:11-cv-00416-GMN-GWF
19 |                 Plaintiff,
20 |    v.                                           **STIPULATION AND ORDER TO**
                                                    **DISMISS WITH PREJUDICE**
21 | QNECTIVE, INC., a Nevada Corporation,
22 |                 Defendant.
23

24     Plaintiff PAGEANT HOLDINGS, LTD, a Bailiwick of Jersey (aka the Channel Islands)
25 Corporation and Defendant QNECTIVE, INC., a Nevada Corporation, by and through their
26 undersigned attorneys, stipulate and agree as follows:
27     1.   An order of dismissal with prejudice may be entered with each party to bear their
28 own attorneys' fees and costs;

07665-01/SAO.doc



2. This Stipulation and Order fully and finally resolves all claims, asserted or unasserted, known or unknown, between Plaintiff and Defendant relating to this case or its subject matter, and shall have full claim preclusion effect;

3. The pending Defendant's Motion to Compel Arbitration and for Stay of Proceedings Pending Arbitration (*Doc# 16*) is hereby withdrawn; and

4. The undersigned attorneys represent that they have authority from their clients to execute this Stipulation.

Dated this 12th day of August, 2011.

| SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON, | LEWIS AND ROCA LLP, |
|---|---|
| By: /s/ Gregory J. Walch<br>GREGORY J. WALCH<br>Nevada State Bar No. 4780<br>Gwalch@nevadafirm.com<br>STACY D. HARROP<br>Nevada State Bar No. 9826<br>Sharrop@nevadafirm.com<br>400 South Fourth Street<br>Las Vegas, Nevada 89101<br><br>ALAN D. ZUCKERBROD<br>New York Bar No. 1918325<br>azuckerbrod@wilkauslander.com<br>WILK AUSLANDER LLP<br>675 Third Avenue, 9th Floor<br>New York, New York 10017<br><br>*Attorneys for Defendant Qnective, Inc.* | By: /s/ Dan R. Waite<br>DAN R. WAITE<br>Nevada State Bar No. 4078<br>DWaite@LRLaw.com<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, Nevada 89169<br><br>ERICK J. HAYNIE<br>Oregon State Bar No. 982482<br>EHaynie@perkinscoie.com<br>PERKINS COIE LLP<br>1120 N.W. Couch Street, 10th Floor<br>Portland, Oregon 97209-4128<br><br>*Attorneys for Plaintiff Pageant Holdings, Ltd.* |

### ORDER

IT IS HEREBY ORDERED pursuant to the stipulation of the parties that this case is hereby dismissed with prejudice;

AND IT IS FURTHER ORDERED that the parties shall each bear their own attorneys' fees and costs.

**DATED** this 29th day of August, 2011.

_____
Gloria M. Navarro
United States District Judge